```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Rosemary Eva Szczepanski

    v.                     Case No. 10-cv-571-SM

Michael Astrue, Commissioner,
U.S. Social Security Administration


ORDER

    Re: Document No. 13, Assented to MOTION to Extend Time to 09/28/2011 to file brief.

    Ruling:  Motion Granted in part.  This is the plaintiff's third extension motion.  The original deadline to file a motion seeking reversal was April 21, 2011.  That deadline has been twice continued on motion to June 13 and August 3, 2011.  Plaintiff's deadline is extended to August 31, 2011.  The plaintiff will receive no further extensions absent a showing of exceptional circumstances.  So ordered.


                                            /S/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            U.S. Magistrate Judge

Date:  July 28, 2011

cc:  Raymond Kelly, Esq.
     T. David Plourde, AUSA